JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT McCARTHY, | Case#: 16-cv-04884-CAS MRW |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY |
| LANDSCAPE WAREHOUSE, INC; and DOES 1 THROUGH 10, Inclusive, | |
| Defendants | [Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2) and the Joint Stipulation For Dismissal on file herein, that Defendant LANDSCAPE WAREHOUSE, INC. is dismissed with prejudice from Plaintiffs' Complaint and that Plaintiffs' Complaint is dismissed with prejudice in its entirety.  Each party shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: December 9, 2016

_____
Honorable Christina A. Snyder
United States District Judge